IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER G. KING<br>    Plaintiffs, | §<br>§<br>§ | |
| vs. | § | Civil Action No. 3-08CV-1253-K-BF |
| HUNT COUNTY, TEXAS, DON ANDERSON, CURTIS NEEL, and BRIAN ALFORD<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§ | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, Hunt County, Texas ("Hunt County"), Don Anderson, Curtis Neel, and Brian Alford (collectively "Defendants"), move the Court pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment against Plaintiff, Christopher G. King. Pursuant to the Local Civil Rules of the United States District Court for the Northern District of Texas, the required matters in Local Rule 56.3a will be set forth in Defendants' Brief In Support of its Motion for Summary Judgment as provided for by Local Rule 56.3b that is being file herewith. Pursuant to Local Rule 7.1(i), Defendants are also filing with this Motion for Summary Judgment an Appendix of its Summary Judgment Evidence.

Respectfully submitted,

_____
**DANIEL W. RAY** (Attorney-in-Charge)
State Bar No. 24046685
**BRENT A. MONEY**
State Bar No. 24032054
**ANDREW D. THOMAS**
State Bar No. 24060714

**SCOTT, MONEY & RAY, PLLC**
PO Box 1353
2608 Stonewall
Greenville, Texas 75403-1353
(903) 454-0044
(903) 454-1514 (fax)
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record via electronic service pursuant to Federal Rule of Civil Procedure 5(b)(2)(d) and Local Rule CV-5(a)(3) and/or certified mail, return receipt requested on this 16th day of April 2009.

_____
Andrew D. Thomas